IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. 98-30009 | |
| | ) | | |
| DWIGHT MORGAN, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The Court is in receipt of a letter (d/e 52) from Defendant Morgan in which he requests a clarification that the two-level firearm enhancement recommended in his Presentence Report was not included in the calculation of his sentence. See Fed. R. Crim. P. 36. The Court sought, and has received, the Government's position on Defendant's request. See Response to Defendant's August 12, 2006, Letter (d/e 54).

The Court has reviewed the record and the submissions of the parties, and based on this review, Defendant's request is granted. The Court clarifies the original Sentencing Order, dated March 2, 1999, in accordance with the Government's Response, as follows: The two-point enhancement

1

for firearms reflected in the Presentence Investigation Report was not included in the calculation of the Defendant's Sentencing Guideline Range and had no impact on his sentence.

The Clerk is directed to provide a certified copy of this Order to the U.S. Marshal for transmission to the Bureau of Prisons. The Clerk is further directed to forward copies of the Order to all counsel, the United States Probation Office, and Defendant at the address provided on his letter.

IT IS THEREFORE SO ORDERED.

ENTER: September 21, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE